IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| MICHAEL LINDEMANN, | : : | |
| Plaintiff | : : | |
| v. | : : | Case No. 07-63080 |
| FOSTER WHEELER CORP., ET AL., | : : : | Transferred from the Western District of Pennsylvania |
| Defendants | : | |

FILED
OCT 1 9 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **18th** day of **October, 2010** it is hereby **ORDERED** that Defendant Ohio Edison's Motion for Summary Judgment (doc. no. 40) filed on January 15, 2010 is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.